KARL P. SCHLECHT (SBN 182294)
ABEL ORTIZ (SBN 198668)
ELI A. GORDON (SBN 252823)
KIMBALL, TIREY & ST. JOHN, LLP
5510 Trabuco Road
Irvine, CA 92620
Telephone: (949) 476-5585
Facsimile: (949) 502-5665

Attorneys for Defendants R.W. SELBY & COMPANY
and JOHANNA ALISO

FILED
CLERK U.S. DISTRICT COURT
APR - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. HAYNES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>R.W. SELBY & COMPANY, INC.;<br>JOHANNA ALISO, an individual, and<br>DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. CV07-8129 SVW (CTx)<br><br>[Proposed] JUDGMENT<br><br>Date:        April 5, 2010<br>Time:       1:30 p.m.<br>Courtroom:  6 |

This action came for hearing before the Court on April 5, 2010, Hon. Stephen V. Wilson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

[PROPOSED] JUDGMENT

1  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action
2  be dismissed on the merits ~~and that Defendants R.W. SELBY & COMPANY, INC.~~
3  ~~and JOHANNA ALISO recover their costs.~~
4
5
6  DATED: 4/1/10
7                                                    _____
                                                     UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIMBALL, TIREY
& ST. JOHN
ATTORNEYS AT LAW
ORANGE COUNTY

2

**[PROPOSED] JUDGMENT**